UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re: North Shore Hematology Oncology Assoc., P.C.

Debtor

Case No: __808-76389-ast__
Reporting Period: __10/1/10 - 10/31/10__

Federal Tax ID #: __11-2419534__

## MONTHLY OPERATING REPORT

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | FORM No. | DOCUMENT ATTACHED | EXPLANATION ATTACHED |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | X | DEBTOR PREPARED |
| Copies of Bank Statements | | X | |
| Cash Disbursements Journal | | X | |
| Statement of Operations | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Status of Post-petition Taxes | MOR-4 | X | |
| Copies of IRS Form 6123 or payment receipt | | N/A | Service Provider EFT Pymts |
| Copies of tax returns filed during the reporting period | | N/A | |
| Summary of Unpaid Post-petition Debts | MOR-4 | X | |
| Listing of Aged Accounts Payable | | X | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | |
| Debtor Questionnaire | MOR-5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor _____ Date _____

Signature of Joint Debtor _____ Date _____

Signature of Authorized Individual* _XX [signature]_  Date _11/29/2010_

Printed Name of Authorized Individual* _Michael E. Theodorakis_   Title of Authorized Individual _President_

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR
(10/00)

**In re: North Shore Hematology Oncology Assoc., P.C.**

**Debtor**

Case No: 808-76389-ast  
Reporting Period: 10/1/10 - 10/31/10

### SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be on balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. (See MOR-1 (CON'T).

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | DIP OPER (and Check Clearing Account) | PAYROLL | SWEEP CONTROL ACCOUNT | DIP OPER 2 (R/E Acct) | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| Cash - Beginning of Month | 1,183,026.31 | 173,739.48 | 1,029,532.07 | 33,130.00 | 2,419,427.86 | | 1,582,560.53 | |
| **RECEIPTS** | | | | | | | | |
| Cash Sales | | | | | - | | - | |
| Accounts Receivable | 4,404,030.44 | | | | 4,404,030.44 | | 83,560,183.95 | |
| Loans and Advances | | | | | - | | 46,044.25 | |
| Sale of Assets | | | | | - | | - | |
| Other: Interest Income | | | 933.11 | | 933.11 | | 14,548.43 | |
| COBRA and Other Reimbursements | | | | | - | | 30,080.71 | |
| Medical Studies & Other | | | | 64,331.00 | 64,331.00 | | 395,181.37 | |
| Transfers (from DIP Accounts) | 314,363.79 | 1,282,012.50 | 76,946.68 | | 1,673,322.97 | | 72,121,131.12 | |
| TOTAL RECEIPTS | 4,718,394.23 | 1,282,012.50 | 77,879.79 | 64,331.00 | 6,142,617.52 | - | 156,167,169.83 | - |
| **DISBURSEMENTS** | | | | | | | | |
| Net Payroll | | 629,227.69 | | | 629,227.69 | | 14,858,239.95 | |
| Payroll Taxes / Union Dues / Benefits | 174,053.27 | 333,072.22 | | | 507,125.49 | | 12,106,771.37 | |
| Sales / Use and Other Taxes | | | | | - | | - | |
| Purchases / Inventory | 1,944,514.18 | | | (4,485.68) | 1,940,028.50 | | 41,005,533.82 | |
| Secured / Rental / Leases | 116,805.04 | | | | 116,805.04 | | 3,200,222.53 | |
| Insurance | 105,976.59 | | | | 105,976.59 | | 997,954.70 | |
| Administrative (CC Fees & Bank Chgs) | 1,291.17 | 50.00 | | | 1,341.17 | | 36,940.40 | |
| Selling | | | | | - | | 1,822.56 | |
| Other (attach schedule) | | | | | - | | - | |
| Medical Supplies/ Labs | 168,184.03 | | | | 168,184.03 | | 4,024,293.84 | |
| Medical Waste Removal | 597.44 | | | | 597.44 | | 152,904.99 | |
| Payroll Service Fees | | 5,441.79 | | | 5,441.79 | | 124,626.37 | |
| Advertising and Promotion | 13,845.94 | | | | 13,845.94 | | 163,709.24 | |
| Auto & Truck Expenses (Incl. Leases) | 7,057.45 | | | | 7,057.45 | | 177,644.98 | |
| Utilities | 24,079.66 | | | | 24,079.66 | | 438,171.96 | |
| Telephone | 32,744.46 | | | | 32,744.46 | | 524,222.12 | |
| Office / Computer Expense | 29,229.81 | | | | 29,229.81 | | 937,406.85 | |
| Postage and Delivery | 1,112.43 | | | | 1,112.43 | | 75,385.43 | |
| Equipment / Rentals | 9,133.13 | | | | 9,133.13 | | 851,874.01 | |
| Repairs and Maintenance | 55,737.45 | | | | 55,737.45 | | 1,423,655.94 | |
| Cleaning Expense | 9,606.06 | | | | 9,606.06 | | 252,309.93 | |
| Travel & Entertainment | 9,593.97 | | | | 9,593.97 | | 227,166.22 | |
| Licenses and Permits | 3,842.17 | | | | 3,842.17 | | 161,126.63 | |
| Prof Development and Education | 382.55 | | | | 382.55 | | 30,627.04 | |
| Interest Expense | 3,189.01 | | | | 3,189.01 | | 101,280.66 | |
| Transfers (to DIP Accounts) | 1,282,012.50 | 314,363.79 | | 76,946.68 | 1,673,322.97 | | 72,121,129.87 | |
| Professional Fees | 366,282.73 | | | | 366,282.73 | | 815,550.85 | |
| U.S. Trustee Quarterly Fees | 13,000.00 | | | | 13,000.00 | | 104,000.00 | |
| Court Costs | | | | | - | | - | |
| TOTAL DISBURSEMENTS | 4,372,271.04 | 1,282,155.49 | - | 72,461.00 | 5,726,887.53 | - | 154,914,572.26 | - |
| NET CASH FLOW (C/R less C/D) | 346,123.19 | (142.99) | 77,879.79 | (8,130.00) | 415,729.99 | - | 1,252,597.57 | - |
| Cash - End of Month | 1,529,149.50 | 173,596.49 | 1,107,411.86 | 25,000.00 | 2,835,157.85 | - | 2,835,158.10 | - |

**THE FOLLOWING SECTION MUST BE COMPLETED**

DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES (FROM CURRENT MONTH - ACTUAL COLUMN

| | |
|---|---|
| Total Disbursements | 5,726,887.53 |
| Less: Transfers to DIP Accounts | (1,673,322.97) |
| Plus: Estate Disbursements made by outside sources (i.e. from escrow accounts) | |
| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 4,053,564.56 |

FORM MOR-1  
(10/00)

**In re: North Shore Hematology Oncology Assoc., P.C.**

| | Debtor | | |
|---|---|---|---|
| | | **Case No:** | **808-76389-ast** |
| | | **Reporting Period:** | **10/1/10 - 10/31/10** |

**BANK RECONCILIATIONS**

A BANK RECONCILIATION MUST BE INCLUDED FOR EACH BANK ACCOUNT. THE DEBTOR'S BANK RECONCILIATION MAY BE SUBSTITUTED FOR THIS PAGE.

| | BANK ACCOUNTS | | | |
|---|---|---|---|---|
| | DIP OPER | PAYROLL | ESCROW / OTHER | |
| BALANCE PER BOOKS | | | | |
| BANK BALANCE | | | | |
| (+) DEPOSITS IN TRANSIT - attach list | | | | |
| (-) OUTSTANDING CHECKS - attached list | | | | |
| OTHER - attach explanation | | | | |
| ADJUSTED BANK BALANCE | | | | |

| **DEPOSITS IN TRANSIT - List** | | | | |
|---|---|---|---|---|
| | | SEE BANK RECONCILIATIONS ATTACHED | | |
| **OUTSTANDING CHECKS - List** | | | | |

FORM MOR-1 (CON'T)
(10/00)

**In re: North Shore Hematology Oncology Assoc., P.C.**

| | | |
|---|---|---|
| **Debtor** | **Case No:** | **808-76389-ast** |
| | **Reporting Period:** | **10/1/10 - 10/31/10** |

## STATEMENT OF OPERATIONS
### (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | MONTH | CUMULATIVE FILING TO DATE |
|---|---:|---:|
| Gross Revenues | 4,401,268.35 | 83,397,201.08 |
| Less: Returns and Allowances | | - |
| Net Revenue | 4,401,268.35 | 83,397,201.08 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | 965,000.00 | - |
| Add: Purchases | 2,485,854.97 | 43,011,235.76 |
| Add: Cost of Labor (Providers / Support) | 730,458.15 | 16,118,489.50 |
| Add: Other Costs (attach schedule) | 218,591.16 | 4,347,707.11 |
| Less: Ending Inventory (Estimated) | (952,000.00) | (952,000.00) |
| Cost of Goods Sold | 3,447,904.28 | 62,525,432.37 |
| GROSS PROFIT | 953,364.07 | 20,871,768.71 |
| **OPERATING EXPENSES** | | |
| Advertising and Promotion | 11,120.79 | 160,570.54 |
| Auto & Truck Expenses (Incl. Leases) | 6,782.05 | 184,486.67 |
| Bad Debts | | - |
| Contributions | | - |
| Employee Benefit Programs (Hospitalization) | 77,282.88 | 1,593,479.16 |
| Insider Compensation (Included in Providers Labor above in COGS) | | - |
| Insurance | 49,961.67 | 826,536.25 |
| Management Fees / Bonuses | | - |
| Office Expense | 37,253.66 | 760,800.15 |
| Pension & Profit Sharing Plans | 75,000.00 | 1,821,954.59 |
| Repairs and Maintenance | 105,109.48 | 1,464,309.77 |
| Rent and Lease Expense (Inclusive of tax escalations) | 103,708.10 | 2,585,470.85 |
| Salaries / Fees (Administrative / Other) - Net of Accruals | 269,433.79 | 6,305,866.82 |
| Supplies | | - |
| Taxes - Payroll Employer Share | 58,626.68 | 1,571,655.84 |
| Taxes - Real Estate | | - |
| Taxes - Other | | - |
| Travel & Entertainment (Cumm effect of reclassification) | 12,106.00 | 240,213.08 |
| Utilities | 22,594.57 | 438,331.88 |
| Other ( attach schedule) | 76,828.47 | 1,898,911.38 |
| Total Operating Expenses Before Depreciation | 905,808.14 | 19,852,586.98 |
| Depreciation / Depletion / Amortization | 13,409.50 | 481,124.99 |
| Net Profit (Loss) Before Other Income and Expenses | 34,146.43 | 538,056.74 |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | 64,398.11 | 387,320.93 |
| Interest Expenses | 3,466.20 | 101,025.72 |
| Other Expenses (attach schedule - Annual Pension Prof Fees) | 3,500.00 | 119,835.00 |
| Net Profit (Loss) Before Reorganization Items | 91,578.34 | 704,516.95 |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | 181,696.97 | 632,089.68 |
| U.S. Trustee Quarterly Fees | 4,333.32 | 108,333.32 |
| Interest Earned on Accumulated Cash from Chapter 11 | | - |
| Gain (Loss) on Sale of Equipment | | - |
| Other Reorganization Expenses (attach schedule) | - | - |
| Total Reorganization Expenses | 186,030.29 | 740,423.00 |
| Income Taxes | | |
| NET PROFIT (LOSS) | (94,451.95) | (35,906.05) |

"Insider" is defined in 11 U.S.C. Section 101(31)

FORM MOR-2
(10/00)

**In re: North Shore Hematology Oncology Assoc., P.C.**

| | | |
|---|---|---|
| **Debtor** | **Case No:** | **808-76389-ast** |
| | **Reporting Period:** | **10/1/10 - 10/31/10** |

**STATEMENT OF OPERATIONS - Continuation Sheet**

| OTHER COSTS | MONTH | CUMULATIVE FILING TO DATE |
|---|---:|---:|
| Medical Supplies / Labs | 211,086.64 | 4,180,750.14 |
| Medical Waste Removal | 7,504.52 | 166,956.97 |
| | | - |
| | | - |
| | | - |
| | | - |
| | | - |
| | | - |
| TOTAL OTHER COSTS | 218,591.16 | 4,347,707.11 |
| **OTHER OPERATIONAL EXPENSES** | | |
| Postage and Delivery | 961.77 | 76,522.28 |
| Payroll Service Fees | 5,441.79 | 123,107.99 |
| Equipment Rentals | 9,133.13 | 293,570.96 |
| Cleaning Expense | 9,715.71 | 260,226.75 |
| Telephone | 31,322.69 | 526,869.43 |
| Credit Card Discounts and Bank Fees | 1,341.17 | 38,930.35 |
| Professional Development and Education | (351.40) | 31,590.64 |
| Legal & Professional - Operations | 9,900.00 | 254,302.50 |
| Contract Management Services | 6,000.00 | 140,000.00 |
| Licenses and Permits | 3,363.61 | 153,790.48 |
| TOTAL OTHER OPERATIONAL EXPENSES | 76,828.47 | 1,898,911.38 |
| **OTHER INCOME** | | |
| Medical Studies & Other Income | 63,465.00 | 372,772.50 |
| Interest Income | 933.11 | 14,548.43 |
| | | - |
| | | - |
| | | - |
| | | - |
| | | - |
| | | - |
| TOTAL OTHER INCOME | 64,398.11 | 387,320.93 |
| **OTHER EXPENSES** | | |
| Pension Actuarial Expenses | 1,500.00 | 61,835.00 |
| Pension Audit Fees | 2,000.00 | 58,000.00 |
| | | - |
| | | - |
| | | - |
| | | - |
| | | - |
| TOTAL OTHER EXPENSES | 3,500.00 | 119,835.00 |
| **OTHER REORGANIZATION COSTS** | | |
| | | - |
| | | - |
| | | - |
| | | - |
| | | - |
| | | - |
| | | - |
| TOTAL OTHER REORGANIZATION COSTS | - | - |

FORM MOR-2 (CON'T)
(10/00)

**In re: North Shore Hematology Oncology Assoc., P.C.**

| | | |
|---|---:|---:|
| **Debtor** | | |
| | **Case No:** | 808-76389-ast |
| | **Reporting Period:** | 10/1/10 - 10/31/10 |

### BALANCE SHEET

The balance sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligation

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING PERIOD | BOOK VALUE ON PETITION DATE |
|---|---:|---:|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | 2,835,157.85 | 1,582,560.53 |
| Restricted Cash and Equivalents (see continuation sheet) | | |
| Accounts Receivable (Net of Allow for Contractual Adjustments - See MOR-5) | 4,244,414.52 | 4,438,491.94 |
| Notes Receivable | | |
| Inventories (Estimated) | 952,000.00 | |
| Prepaid Expenses | 379,949.41 | 168,268.49 |
| Due from Third Parties | | |
| Other Current Assets (attach schedule) | 122,637.95 | - |
| TOTAL CURRENT ASSETS | 8,534,159.73 | 6,189,320.96 |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | | |
| Machinery and Equipment | 8,076,628.15 | 7,561,015.49 |
| Furniture, Fixtures and Office Equipment | 1,871,953.88 | 1,792,985.32 |
| Leasehold Improvements | 833,920.80 | 826,725.33 |
| TOTAL PROPERTY AND EQUIPMENT | 10,782,502.83 | 10,180,726.14 |
| Less: Accumulated Depreciation | 9,476,713.68 | 8,995,588.72 |
| TOTAL / NET PROPERTY AND EQUIPMENT | 1,305,789.15 | 1,185,137.42 |
| **OTHER ASSETS** | | |
| Loans to Insiders* | | |
| Other assets (attach schedule) | - | - |
| TOTAL OTHER ASSETS | - | - |
| | | |
| TOTAL ASSETS | 9,839,948.88 | 7,374,458.38 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING PERIOD | BOOK VALUE ON PETITION DATE |
|---|---:|---:|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Post-petition)** | | |
| Accounts Payable | 3,914,273.50 | |
| Taxes Payable (Excl of corp tax accrual for FYE 3/09 - subject to pension accrual) | | |
| Wages Payable | 321,219.55 | 159,078.28 |
| Accrued Vacation / Benefit Payable | 335,335.16 | |
| Rent / Leases - Building / Equipment | | |
| Secured Debt - Adequate Protection Payments | 582,148.46 | |
| Secured Debt - UCC-1 | | |
| Professional Fees | 297,009.67 | |
| Amounts Due to Insiders* | | |
| Other Post petition Liabilities (attach schedule) | 68,394.86 | - |
| TOTAL POST-PETITION LIABILITIES | 5,518,381.20 | 159,078.28 |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-petition)** | | |
| Secured Debt - UCC-1 | - | 1,073,379.98 |
| Priority Debt - IRS | 338,312.00 | 338,312.00 |
| Unsecured Debt - Employees and Vendors (net of accrued benefits above) (1) | 13,026,656.96 | 14,212,803.80 |
| TOTAL PRE-PETITION LIABILITIES | 13,364,968.96 | 15,624,495.78 |
| | | |
| TOTAL LIABILITIES | 18,883,350.16 | 15,783,574.06 |
| **OWNER EQUITY** | | |
| Capital Stock | 31,631.64 | 31,631.64 |
| Additional Paid-In-Capital | | |
| Partners' Capital Account | | |
| Owners' Equity Account | | |
| Retained Earnings - Pre-petition (2) | (8,520,660.23) | (7,922,280.68) |
| Retained Earnings - Post-petition | (35,906.05) | |
| Adjustments to Owner Equity (attach schedule) | (518,466.64) | (518,466.64) |
| Post-petition Contributions (attach schedule) | - | - |
| NET OWNERS' EQUITY | (9,043,401.28) | (8,409,115.68) |
| | | |
| TOTAL LIABILITIES AND OWNERS' EQUITY | 9,839,948.88 | 7,374,458.38 |

"Insider" is defined in 11 U.S.C. Section 101(31)

(1) - Includes disputed retiree payables which represent amounts as reported on and disclosed to the court in filings. This amount is disputed and unliquidated and the subject of litigation. The amounts in the balance sheet are subject to court determination as to both amount and classification.

(2) - Adjusted for additional pre-petition accruals based on proof of claims filed by creditors

FORM MOR-3
(10/00)

**In re: North Shore Hematology Oncology Assoc., P.C.**

| | | |
|---|---|---|
| **Debtor** | **Case No:** | **808-76389-ast** |
| | **Reporting Period:** | **10/1/10 - 10/31/10** |

**BALANCE SHEET - Continuation Sheet**

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING PERIOD | BOOK VALUE ON PETITION DATE |
|---|---:|---:|
| **OTHER CURRENT ASSETS** | | |
| Other Receivables | 122,637.95 | |
| TOTAL OTHER CURRENT ASSETS | 122,637.95 | - |
| **OTHER ASSETS** | | |
| TOTAL OTHER ASSETS | - | - |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING PERIOD | BOOK VALUE ON PETITION DATE |
|---|---:|---:|
| **OTHER POST-PETITION LIABILITIES** | | |
| Accrued Expenses | 68,394.86 | |
| TOTAL OTHER POST-PETITION LIABILITIES | 68,394.86 | - |
| **ADJUSTMENTS TO OWNERS' EQUITY** | | |
| Treasury Stock - Pre-petition | (518,466.64) | (518,466.64) |
| TOTAL ADJUSTMENTS TO OWNERS' EQUITY | (518,466.64) | (518,466.64) |
| **POST-PETITION CONTRIBUTIONS** | | |
| TOTAL POST-PETITION CONTRIBUTIONS | - | - |

FORM MOR-3 (CON'T)
(10/00)

**In re: North Shore Hematology Oncology Assoc., P.C.**

| | |
|---|---|
| **Debtor** | |
| **Case No:** | **808-76389-ast** |
| **Reporting Period:** | **10/1/10 - 10/31/10** |

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or if this is the first report, the amount should be zero
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax | Amount Withheld | Amount Paid | Date Paid | Check # or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| FICA and Withholding | - | 268,287.03 | 268,287.03 | 10/1 - 10/31/10 | Paychex EFT | - |
| FICA - Employer | - | 43,721.29 | 43,721.29 | 10/1 - 10/31/10 | Paychex EFT | - |
| | - | | | 10/1 - 10/31/10 | Paychex EFT | |
| Unemployment | - | 160.49 | 160.49 | 10/1 - 10/31/10 | Paychex EFT | - |
| Income | - | | | | | - |
| Other | - | | | | | - |
| Total Federal Taxes | - | 312,168.81 | 312,168.81 | | | - |
| **State & Local** | | | | | | |
| Withholding | - | 58,906.17 | 58,906.17 | 10/1 - 10/31/10 | Paychex EFT | - |
| Sales | - | | | | | - |
| Excise | - | | | | | - |
| Unemployment | - | 705.42 | 705.42 | 10/1 - 10/31/10 | Paychex EFT | - |
| Real Property | - | | | | | - |
| Personal Property | - | | | | | - |
| Other - MTA Tax | - | 3,113.28 | 3,113.28 | 10/1 - 10/31/10 | Paychex EFT | - |
| Total State & Local Taxes | - | 62,724.87 | 62,724.87 | | | - |
| | | | | | | |
| TOTAL TAXES | - | 374,893.68 | 374,893.68 | | | - |

## SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable

| | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
| | Current | 0 - 30 | 31 - 60 | 61 - 90 | Over 91 | Total |
| Accounts Payable | 2,316,510.94 | 1,467,994.97 | 2,833.25 | 33,315.00 | 93,619.34 | 3,914,273.50 |
| Wages & Related Taxes Payable | 321,219.55 | | | | | 321,219.55 |
| Accrued Vacation / Benefits Payable | 335,335.16 | | | | | 335,335.16 |
| Taxes Payable | | | | | | - |
| Rent / Leases - Building | | | | | | - |
| Secured Debt / Adequate Protection Payments | | | | | | - |
| Professional Fees | 297,009.67 | | | | | 297,009.67 |
| Amounts Due to Insiders | | | | | | - |
| Other: Accrued Expenses | 68,394.86 | | | | | 68,394.86 |
| Other: | | | | | | - |
| TOTAL POST-PETITION DEBTS | 3,338,470.18 | 1,467,994.97 | 2,833.25 | 33,315.00 | 93,619.34 | 4,936,232.74 |

Explain how and when the Debtor intends to pay any past-due post-petition debts:

FORM MOR-4
(10/00)

**In re: North Shore Hematology Oncology Assoc., P.C.**

| | |
|---|---|
| **Debtor** | **Case No:** 808-76389-ast |
| | **Reporting Period:** 10/1/10 - 10/31/10 |

### ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 4,383,101.43 |
| Plus: Amounts billed (gross charges) during the period | 3,949,975.45 |
| Less: Amounts collected / written off during the period | 4,404,030.44 |
| Adjust: Change in Contractual Allowances | (315,368.08) |
| Total Accounts Receivable at the end of the reporting period | 4,244,414.52 |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 90 days old | 4,038,712.24 |
| 91 - 180 days old | 103,491.58 |
| 181 - 240 days old | 31,223.31 |
| Over 240 days old | 70,987.39 |
| Total Accounts Receivable | 4,244,414.52 |

(1) Cash receipts based on date posted to individual account. These receipts will not agree with daily bank cash deposits

### DEBTOR QUESTIONNAIRE

| Accounts Receivable Aging | YES | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business the reporting period? If yes, provide an explanation. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation. | | X |
| 3. Have all post-petition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverage's in effect? If no, provide an explanation below. | X | |

Explanation of above responses, if necessary:

FORM MOR-5
(10/00)

**NORTH SHORE HEMATOLOGY ONCOLOGY ASSOC PC**
**A / R Aged Trial Balance**
**As of October 31, 2010**

|  | 0 To 90 Days | 91 To 180 Days | 181 To 240 Days | Over 240 Days | Total Due |
|---|---:|---:|---:|---:|---:|
| **Rx Receivables** | 122,637.95 | - | - | - | 122,637.95 |
| **Insurance Category: Aetna** | 123,150.12 | (148.63) | (566.40) | (6,429.24) | 116,005.85 |
| **Insurance Category: American Medical Life Insurance** | 33.60 | - | - | - | 33.60 |
| **Insurance Category: Beech Street Corp** | 4,055.28 | 607.75 | 216.00 | - | 4,879.03 |
| **Insurance Category: Blues** | 73,481.15 | (1,227.35) | 1,524.86 | (10,945.92) | 62,832.74 |
| **Insurance Category: Cigna** | 40,061.20 | (6,048.74) | (5,948.38) | (5,190.30) | 22,873.79 |
| **Insurance Category: Collections** | 14,223.14 | 8,199.59 | 12,538.56 | 203,237.64 | 238,198.93 |
| **Insurance Category: Commercial Ins** | 24,834.37 | 1,876.49 | 219.79 | (7,105.93) | 19,824.72 |
| **Insurance Category: Doctors Care Network** | - | - | - | (227.66) | (227.66) |
| **Insurance Category: Empire BS** | 463,123.13 | 12,207.77 | (2,191.23) | (49,403.32) | 423,736.35 |
| **Insurance Category: Fidelis Care NY** | 716.33 | - | - | - | 716.33 |
| **Insurance Category: First Health** | 34.53 | (22.54) | (84.12) | (1,302.96) | (1,375.09) |
| **Insurance Category: GHI** | 192,411.88 | 5,826.21 | 326.21 | (12,797.97) | 185,766.34 |
| **Insurance Category: Guardian** | 22.61 | (84.58) | 2.49 | 103.23 | 43.75 |
| **Insurance Category: Health Net** | 18,517.34 | 835.45 | (9.36) | (1,424.89) | 17,918.55 |
| **Insurance Category: Health Now DMERC** | 4,758.84 | - | - | - | 4,758.84 |
| **Insurance Category: Healthcare Partners** | 81,068.70 | 4,444.71 | 3,135.26 | 14,061.28 | 102,709.96 |
| **Insurance Category: Healthfirst** | 5,292.18 | 740.68 | 164.33 | 107.69 | 6,304.89 |
| **Insurance Category: HIP** | 288,698.07 | 2,757.52 | 10,405.80 | (2,270.59) | 299,590.80 |
| **Insurance Category: Hospice** | 504.00 | 42.24 | - | (84.21) | 462.03 |
| **Insurance Category: Local Plans** | 49,641.32 | 518.74 | 201.96 | (1,396.26) | 48,965.76 |
| **Insurance Category: Magnacare** | 88,432.00 | 2,514.42 | (1,280.55) | (1,662.31) | 88,003.57 |
| **Insurance Category: Managed Care Non-HMO** | 29,925.50 | 38.71 | (1.06) | (2,294.98) | 27,668.17 |
| **Insurance Category: MDNY** | - | - | - | (3.16) | (3.16) |
| **Insurance Category: Medicaid HMO** | 34,942.26 | 7,221.56 | 2,324.60 | (2,557.63) | 41,930.80 |
| **Insurance Category: Medicaid** | 52,542.87 | 5,831.59 | 1,200.17 | (9,234.00) | 50,340.64 |
| **Insurance Category: Medicare HMO** | - | - | 168.00 | 648.00 | 816.00 |
| **Insurance Category: Medicare** | 1,428,176.05 | 5,002.75 | (544.49) | (2,961.27) | 1,429,673.05 |
| **Insurance Category: Multiplan** | 23,169.21 | 33,227.46 | (20.04) | 690.37 | 57,067.00 |
| **Insurance Category: No Fault** | 1,681.53 | (32.64) | 168.00 | (263.07) | 1,553.82 |
| **Insurance Category: Oxford Health Plans** | 177,870.20 | 4,585.04 | 941.37 | (9,712.84) | 173,683.77 |
| **Insurance Category: Patient Assistance Programs** | 545.06 | 99.84 | - | 98.44 | 743.34 |
| **Insurance Category: PHCS** | 1,698.89 | - | (431.45) | (696.82) | 570.62 |
| **Insurance Category: Railroad Medicare** | 15,650.68 | - | 220.80 | (830.35) | 15,041.13 |
| **Insurance Category: Self-Pay** | 63,607.01 | 18,561.41 | 10,044.94 | 52,777.19 | 144,990.54 |
| **Insurance Category: Skilled Nursing Facility** | 2,765.05 | 3,816.50 | 461.48 | 2,955.60 | 9,998.63 |
| **Insurance Category: United Healthcare** | 417,673.67 | (8,341.86) | (3,247.16) | (46,634.70) | 359,449.94 |
| **Insurance Category: Vytra Health Plans** | 13,469.74 | 83.47 | 24.19 | (12,078.81) | 1,498.59 |
| **Insurance Category: Workers Compensation** | 179,296.74 | 358.01 | 1,258.73 | (16,182.87) | 164,730.62 |
| TOTAL | 4,038,712.24 | 103,491.58 | 31,223.31 | 70,987.39 | 4,244,414.52 |

**North Shore Hematology Oncology Associates, P.C.**
**Aged Accounts Payable Trial Balance**
**As of October 31, 2010**

| | Current | 1 to 30 Days | 31 to 60 Days | 61 to 90 Days | Over 90 Days | Total Payables |
|---|---:|---:|---:|---:|---:|---:|
| ACCENT INSURANCE RECOVERY SOLUTIONS | - | - | - | - | 92.44 | 92.44 |
| AMERICAN DIAGNOSTIC MEDICINE | - | - | - | - | 69,266.00 | 69,266.00 |
| ALL ISLAND WIDE ELECTRICAL INC. | 1,062.99 | - | - | - | - | 1,062.99 |
| ASD HEALTHCARE | 1,811.98 | - | - | - | - | 1,811.98 |
| ASTARITA ASSOCIATES INC. | 16,094.85 | - | - | - | - | 16,094.85 |
| ATLANTIC BIOLOGICALS | 20,337.55 | - | - | - | - | 20,337.55 |
| AT&T LONG DISTANCE | 99.69 | - | - | - | 34.98 | 134.67 |
| BEEKLEY CORPORATION | 473.95 | - | - | - | - | 473.95 |
| BIO CARE | 6,925.00 | - | - | - | - | 6,925.00 |
| BRIGHTWATERS DELI | 58.03 | - | - | - | - | 58.03 |
| BROOKHAVEN LOCKSMITH | - | - | - | - | 400.00 | 400.00 |
| BRYCE LABORATORIES, INC | - | - | - | - | 56.50 | 56.50 |
| CABLEVISION | 83.20 | - | - | - | - | 83.20 |
| HENRY SCHEIN/CALIGOR | 6,488.27 | - | - | - | - | 6,488.27 |
| COLLEGE OF AMERICAN PATHOLOGISTS | - | - | - | - | (220.73) | (220.73) |
| CARDINAL HEALTH | 2,938.50 | - | - | - | - | 2,938.50 |
| CENTRAL OUTDOOR | 564.85 | - | - | - | - | 564.85 |
| CHIPENTINE, NEU & SILVERMAN, LLP | - | - | - | - | 18,400.00 | 18,400.00 |
| CHS HOME SUPPORT SERVICES | 150.00 | - | - | - | - | 150.00 |
| COLONIAL COFFEE SERVICE | 297.95 | - | - | - | - | 297.95 |
| CTL PRINTING | - | 916.48 | 41.82 | - | - | 958.30 |
| CUSTOM COMPUTER SPECIALISTS INC | 2,335.25 | - | - | - | - | 2,335.25 |
| DIAMOND SECURITY | - | - | - | - | 269.12 | 269.12 |
| DJJ TECHNOLOGIES | 368.22 | - | - | - | - | 368.22 |
| MICHAEL H. DOSIK, MD | 5,000.00 | - | - | - | - | 5,000.00 |
| EMERGENCY RESPONSE SERVICE | 306.31 | - | - | - | - | 306.31 |
| GROUP HEALTH INC. | 960.00 | - | - | - | - | 960.00 |
| Healthfirst | - | - | - | - | 95.75 | 95.75 |
| HPM PROPERTY MANAGEMENT | 1,100.00 | - | - | - | - | 1,100.00 |
| JML SERVICE | 271.56 | - | - | - | - | 271.56 |
| LONG ISLAND PROCESSORS | 271.56 | - | - | - | - | 271.56 |
| MAIN STANDARDS | 924.17 | - | - | - | - | 924.17 |
| MCKESSON SPECIALTY CARE DIST. | 217,000.00 | - | - | 31,000.00 | - | 248,000.00 |
| MERCEDES MEDICAL | 1,433.72 | - | - | - | - | 1,433.72 |
| MR SIGN | 79.02 | - | - | - | - | 79.02 |
| NOMOS RADIATION ONCOLOGY | - | - | - | - | (5,028.75) | (5,028.75) |
| Oncology Supply | 2,017,087.58 | 1,449,464.53 | | | | 3,466,552.11 |
| ORS | - | - | - | - | 67.86 | 67.86 |
| Patient Advocate Foundation | - | - | - | - | 239.22 | 239.22 |
| PROFESSIONAL MEDICAL CENTER | - | - | - | - | 10,004.23 | 10,004.23 |
| PROGRESS TECHNOLOGIES INC. | 1,520.00 | - | - | - | - | 1,520.00 |
| SBTC ASSOCIATION INC | - | - | 391.43 | - | - | 391.43 |
| SUFFOLK COUNTY WATER AUTHORITY | - | - | - | - | (112.28) | (112.28) |
| SILVERMAN, NEU LLP | 2,400.00 | 2,400.00 | 2,400.00 | 2,400.00 | - | 9,600.00 |
| SMART ID WORKS,LLC | 9.12 | - | - | - | - | 9.12 |
| SUFFOLK MAINTENANCE OF LI, INC | 447.36 | - | - | - | - | 447.36 |
| STERICYCLE | - | 6,907.08 | - | - | - | 6,907.08 |
| STERLING SANITARY SUPPLY CORP | 147.63 | - | - | - | - | 147.63 |
| TEACHERS FEDERAL CREDIT UNION | 1,035.00 | - | - | - | - | 1,035.00 |
| SIMONA TROISI | - | - | - | (85.00) | - | (85.00) |
| UNITED ALLIED SERVICES | - | 8,309.82 | - | - | - | 8,309.82 |
| UNITED HEALTHCARE SERV. OLDSTAR CENTER | 418.69 | - | - | - | - | 418.69 |
| UPS | 502.93 | 176.27 | - | - | - | 679.20 |
| VERIZON | 457.21 | - | - | - | - | 457.21 |
| VERIZON WIRELESS | 85.88 | - | - | - | - | 85.88 |
| W B MASON COMPANY, INC | 1,662.74 | (179.21) | - | - | - | 1,483.53 |
| William Floyd School District | - | - | - | - | 55.00 | 55.00 |
| WORLD CLASS BUSINESS PRODUCTS, INC. | 3,300.18 | - | - | - | - | 3,300.18 |
| TOTAL | 2,316,510.94 | 1,467,994.97 | 2,833.25 | 33,315.00 | 93,619.34 | 3,914,273.50 |